```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Telephone: (916) 554-2700
ARMAND D. ROTH
Special Assistant U.S. Attorney
Telephone:  (415) 977-8924
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Defendant
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE A. TORRES, | 2:06-CV-00540-DAD |
| Plaintiff, | **STIPULATION AND ORDER REDACTING ADMINISTRATIVE RECORD** |
| vs. | |
| JoANNE B. BARNHART, Commissioner, Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned counsel, and with the permission of the Court, hereby stipulate as follows:

    1)    Page 58 of the Certified Administrative Record (C.A.R.) consists of confidential information (i.e., a list of names and social security numbers) pertaining to Plaintiff as well as individuals other than Plaintiff, which is not necessary or useful for the proper resolution of Plaintiff's complaint;

    2)    Pages 110 through 143 of the C.A.R. consist of

Torres v. Barnhart
Stip. & Proposed Order Redacting Admin. Rec.
Case No. 2:06-cv-00540-DAD

confidential record(s) pertaining to an individual other than Plaintiff;

3) Pages 58 and 110 through 143 shall be removed from the C.A.R. prior to its filing with the court;

4) Any copy of pages 58 and 110 through 143 produced for purposes of negotiating the instant agreement will be destroyed;

5) The inadvertent inclusion of said pages in the C.A.R. is not and will not be a basis for a claimed error.

Dated: July 7, 2006        /s/ Ann M. Cerney
                           ANN M. CERNEY
                           Attorney at Law
                           Attorney for Plaintiff

Dated: July 10, 2006       McGREGOR W. SCOTT
                           United States Attorney
                           BOBBIE J. MONTOYA
                           Assistant U.S. Attorney


                       By: /s/ Bobbie J. Montoya for
                           ARMAND D. ROTH
                           Special Assistant U.S. Attorney


OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel Region IX

U.S. Social Security Administration

Torres v. Barnhart
Stip. & Proposed Order Redacting Admin. Rec.
Case No. 2:06-cv-00540-DAD

1 _____°O°_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED: July 11, 2006.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/torres0540.stipord

Torres v. Barnhart
Stip. & Proposed Order Redacting Admin. Rec.
Case No. 2:06-cv-00540-DAD

3